1  PHILLIP A. TALBERT
   United States Attorney
2  BRIAN A. FOGERTY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

**FILED**

APR 0 6 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

**SEALED**

8  IN THE UNITED STATES DISTRICT COURT
9  EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,

12       Plaintiff,

13  v.

14  ALEXANDER JORDAN MILLER,

15       Defendant.

CASE NO. 2:17-CR-0052 JAM

ORDER TO SEAL

(UNDER SEAL)

17  The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Brian A.
18  Fogerty to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the
19  arrest of the defendant or until further order of the Court.

21  Dated: 4-6-2017

                                        _____
                                        Hon. Edmund F. Brennan
                                        U.S. MAGISTRATE JUDGE