HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
RACHELLE BARBOUR, State Bar #185395
Attorney
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorneys for Defendant
ALEXANDER JORDAN MILLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:17-cr-00052-JAM |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| ALEXANDER JORDAN MILLER, | Date:   July 25, 2017 |
| Defendant. | Time:   9:15 a.m. |
| / | Judge:  Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their

respective counsel, BRIAN FOGERTY, Assistant United States Attorney, attorney for Plaintiff,

and RACHELLE BARBOUR, attorney for Defendant, ALEXANDER JORDAN MILLER, that

the status conference set for June 20, 2017 be continued to Tuesday, July 25, 2017 at 9:15 a.m.

This case was recently filed and involves well over 4000 pages of discovery.  The defense is still

reviewing discovery and discussing it with Mr. Miller.  The defense is also conducting

investigation and obtaining records.

        //

        //

-1-

1   The parties stipulate that the ends of justice served by the granting of such continuance

2   outweigh the interests of the public and the defendant in a speedy trial.  Speedy trial time is to be

3   excluded from the date of this order through the date of the status conference set for July 25,

4   2017,  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

6   DATED:  June 17, 2017              HEATHER E. WILLIAMS
                                       Federal Defender

                                       /s/ Rachelle Barbour
8                                      RACHELLE BARBOUR
                                       Attorney for Defendant
9                                      CHRISTOPHER MROZ

10  DATED:  June 17, 2017              PHILLIP A. TALBERT
                                       United States Attorney

                                       /s/ Rachelle Barbour for
12                                     BRIAN FOGERTY
                                       Assistant U.S. Attorney
13                                     Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including July 25, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered that the June 20, 2017 Status Conference be continued until July 25, 2017, at 9:15 a.m before Hon. John A. Mendez.


Dated: June 16, 2017                     /s/ John A. Mendez_____
                                         HON. JOHN A. MENDEZ
                                         United States District Court Judge