PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
JUL 0 7 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-0052 JAM |
|---|---|
| Plaintiff, | |
| v. | |
| ALEXANDER JORDAN MILLER, | STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING FOUR PAGES OF DISCOVERY MATERIAL |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 16(d), the United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant Alexander Jordan Miller, by and through Assistant Federal Defender Rachelle Barbour, hereby stipulate and agree, and respectfully request that the Court order that:

The United States shall make available for inspection at the United States Attorney's Office four pages of sensitive discovery material, which has been marked "For Inspection Only." These four pages of discovery material are now and will forever remain the property of the United States. This material will be made available for inspection by counsel for the defendant only for purposes of representation in this case. Counsel for the defendant shall not copy and/or disseminate these four pages of material.

//
//
//

Dated: July 7, 2017 PHILLIP A. TALBERT
United States Attorney

By: /s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated: July 7, 2017 /s/ RACHELLE BARBOUR
RACHELLE BARBOUR
Assistant Federal Defender
Counsel for Defendant

## ORDER

By agreement of the parties, and good cause appearing, IT IS SO ORDERED.

Dated: July 7, 2017

Hon. Kendall J. Newman
United States Magistrate Judge