| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, State Bar #122664 |
| | Federal Defender |
| 2 | RACHELLE BARBOUR, State Bar #185395 |
| | Attorney |
| 3 | OFFICE OF THE FEDERAL DEFENDER |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA  95814 |
| | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | rachelle.barbour@fd.org |

Attorneys for Defendant
ALEXANDER JORDAN MILLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:17-cr-00052-JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| ALEXANDER JORDAN MILLER, | Date:   September 12, 2017 |
| Defendant. | Time:   9:15 a.m. |
| / | Judge:  Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, BRIAN FOGERTY, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, attorney for Defendant, ALEXANDER JORDAN MILLER, that the status conference set for July 25, 2017 be continued to Tuesday, September 12, 2017 at 9:15 a.m.  This case was recently filed and involves nearly 5000 pages of discovery, including audio recordings.  The defense is still reviewing discovery and discussing it with Mr. Miller.  The defense is also conducting investigation and obtaining records.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Speedy trial time is to be

excluded from the date of this order through the date of the status conference set for September 12, 2017, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 20, 2017

HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Attorney for Defendant
CHRISTOPHER MROZ

DATED: July 20, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ Rachelle Barbour for
BRIAN FOGERTY
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 12, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered that the July 25, 2017 Status Conference be continued until September 12, 2017, at 9:15 a.m before Hon. John A. Mendez.

Dated: July 20, 2017          /s/ John A. Mendez_____
                              HON. JOHN A. MENDEZ
                              United States District Court Judge