HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
RACHELLE BARBOUR, State Bar #185395
Attorney
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorneys for Defendant
ALEXANDER JORDAN MILLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEXANDER JORDAN MILLER,

    Defendant.

No. 2:17-cr-00052-JAM

ORDER SEALING DOCUMENT

Judge: Hon. John A. Mendez

IT IS HEREBY ORDERED that Defendant's Request for Order to Seal be granted and that the psychiatric evaluation of Alexander Miller by Dr. McBride be filed under seal, permitting Assistant United States Attorney Brian Fogerty and United States Probation Officer Shannon Morehouse access to these documents unless otherwise ordered by this Court at a later time. IT IS ALSO ORDERED that a copy of this evaluation be included in the "e-designation" packet provided by the Probation Office to the Bureau of Prisons in connection with custodial designation and treatment.

DATED: June //, 2018

JOHN A. MENDEZ
United States District Court Judge