MCGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER JORDAN MILLER,<br><br>Defendant. | CASE NO. 2:17-CR-52 JAM<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>DATE: June 26, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

The United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant Alexander Jordan Miller, by and through his counsel, Assistant Federal Defender Rachelle Barbour, hereby agree and stipulate as follows:

On May 11, 2018, the Court set this matter for sentencing and entry of judgment on June 26, 2018. ECF No. 35. Miller and the United States request that the Court vacate the June 26, 2018, hearing for sentencing and entry of judgment, and reset that hearing for July 10, 2018 at 9:15 a.m.

//
//
///
//
//
//

STIPULATION AND [PROPOSED] ORDER

1

Dated: June 20, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated: June 20, 2018

/s/ RACHELLE BARBOUR
RACHELLE BARBOUR
Counsel for Defendant
Alexander Jordan Miller

**ORDER**

The Court, having received, read, and considered the parties' stipulation, vacates the June 26, 2018, judgement and sentencing hearing for Alexander Jordan Miller, and resets the case for sentencing and entry of judgment on July 10, 2018 at 9:15 a.m.

IT IS SO ORDERED.

Dated: 6/21/2018

/s/ John A. Mendez
John A. Mendez
United States District Court Judge