McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-00052-JAM |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| ALEXANDER JORDAN MILLER, | |
| Defendant. | |

WHEREAS, on September 20, 2017, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Alexander Jordan Miller forfeiting to the United States the following property:

    a.    Apple iPod 12.7GB, model A1421, serial number CCQNN43YG22Y;

    b.    LG cellular phone, model LGMS769, serial number 308KPUU252982; and

    c.    Acer Aspire computer, model AX1700-U3700A, serial number PTSBF0X01991201FFC3000.

AND WHEREAS, beginning on September 22, 2017, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Alexander Jordan Miller.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 17th day of August, 2018

/s/ John A. Mendez_____
United States District Court Judge

Final Order of Forfeiture